# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

FIREMAN'S FUND INSURANCE COMPANY                                            PLAINTIFFS
and MEDICAL LIABILITY MUTUAL
INSURANCE COMPANY f/k/a HEALTHCARE
UNDERWRITERS' MUTUAL INSURANCE COMPANY

v.                                 No. 1:08CV00056 JLH

CARE MANAGEMENT, INC. d/b/a
SOUTHWEST NURSING HOMES,
SOUTHWEST NURSING HOMES, INC., and
HEALTH CARE ORGANIZATIONS, INC.                                             DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in favor of Fireman's Fund Insurance Company and Medical Liability Mutual Insurance Company, f/k/a Healthcare Underwriters' Mutual Insurance Company. It is hereby declared that Fireman's Fund Insurance Company and Medical Liability Mutual Insurance Company provide no coverage under policy No. HPC2938333 to Care Management, Inc., d/b/a Southwest Nursing Homes, Southwest Nursing Homes, Inc., and Health Care Organizations, Inc., for the claims of Carol Henson, individually and as Special Administratrix of the Estate of Mamie S. Denton, Deceased, and the wrongful death beneficiaries of Mamie S. Denton.

IT IS SO ORDERED this 6th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE